SUPREME LODGE, KNIGHTS OF PYTHIAS, *v.* EISER.

ERROR TO THE SUPREME COURT OF THE STATE OF NEBRASKA.

No. 215.  Argued March 12, 1924.—Decided April 28, 1924.

Decided upon the authority of *Supreme Lodge, Knights of Pythias* v. *Meyer, ante,* 30.

109 Neb. 110, affirmed.

*Mr. W. J. Connell* and *Mr. Sol H. Esarey,* with whom *Mr. T. P. Littlepage, Mr. George A. Bangs* and *Mr. Ward H. Watson* were on the brief, for plaintiff in error.

*Mr. D. W. Livingston,* with whom *Mr. C. F. Reavis* was on the brief, for defendant in error.

MR. JUSTICE SUTHERLAND delivered the opinion of the Court.

This case is in all respects the same as No. 214, *Supreme Lodge, Knights of Pythias,* v. *Meyer,* just decided, *ante,* 30, and upon the authority of that case the judgment of the State Supreme Court is

*Affirmed.*